```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PEERLESS NETWORK, INC., et al.,      :
                                     :
                 Plaintiffs,         :   15 Civ. 870 (VM)
                                     :
    - against -                      :   ORDER
                                     :
AT&T CORP.,                          :
                                     :
                 Defendant.          :
-------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By letter dated June 1, 2020, plaintiffs in the above captioned action request a pre-motion conference and leave to file a motion to enforce the parties' July 27, 2018 settlement agreement. (See Dkt. Nos. 100, 101.) Defendant AT&T Corp. is hereby ordered to respond to plaintiffs' letter by letter not to exceed three pages within three days of the entry of this Order.

**SO ORDERED.**

Dated:   New York, New York
         02 June 2020

                                          Victor Marrero
                                          U.S.D.J.