UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PEERLESS NETWORK INC. et al.,

                               Plaintiff(s),                     15-CV-00870 (VM) (VF)

       -against-                                                           **ORDER**

AT&T CORP.,

                               Defendant.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In advance of the telephone conference set for April 29, 2022, at 11:00 am, the parties are ordered to produce the following documents to the Court: ATT009281, ATT009286, ATT009304, ATT009278, ATT009287, ATT009305, ATT009297, ATT009294, ATT009306, ATT009302, and ATT009308. The parties are directed to provide the requested documents by April 28, 2022, at 5:00 pm, and the documents should be emailed to FigueredoNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

DATED:      New York, New York
                 April 26, 2022

                                                         _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022