UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PEERLESS NETWORK, INC., et al,

                        Plaintiffs,                    **15-CV-870 (VM)(VF)**

        -against-                          **ORDER**

AT&T CORP.,

                       Defendant.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant is directed to submit its application for an award of reasonable attorney's fees and costs (see ECF No. 163) by **Tuesday, July 5, 2022**, supported by properly authenticated documents evidencing the fees and cost sought, including its attorneys' contemporaneous timesheets and fee agreement, evidence sufficient to determine the reasonableness of counsel's rates, and invoices or similar documentation reflecting any out-of-pocket costs.

**SO ORDERED.**

DATED:      New York, New York
                  June 3, 2022

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge