```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**PEERLESS NETWORK INC. et al.,**

                        Plaintiffs,                      15-CV-00870 (VM) (VF)

    -against-                                    **ORDER**

**AT&T CORP.,**

                        Defendant.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Oral argument is hereby rescheduled for **Friday, December 2, 2022 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

       SO ORDERED.

DATED:       New York, New York
                  November 7, 2022

                                                       _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge