UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEERLESS NETWORK, INC., et al.,

                Plaintiffs,

AT&T CORP.,

                Defendant.
-----------------------------------------------------------X

**ORDER**

15-CV-870 (VM) (VF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2023

**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to submit proposed redactions to ECF Nos. 224 and 225 by no later than **Wednesday, February 15, 2023**.

    **SO ORDERED.**

Date: February 1, 2023
      New York, New York

                              Respectfully submitted,

                              _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge