NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

BRIAN A. MCALEENAN
DIRECT DIAL: +1 312 499 6762
*E-MAIL:* BAMcAleenan@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

February 15, 2023

**BY ECF**
Magistrate Judge Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> **Application Granted**
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 2-16-2023
>
> For the same reasons stated at ECF No. 212, the parties' proposed redactions to the Court's January 31, 2023 orders (ECF Nos. 224-25) are approved. The parties are directed to file the redacted versions of the orders on the docket by Friday, February 17, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 232. SO ORDERED.

Re: *In re Peerless Networks, Inc. v. AT&T Corp.*,
<u>Civil Action No. 15-CV-870 (VM)(VF)</u>

Dear Magistrate Judge Figueredo:

We write on behalf of AT&T Corp., in response to the Court's Order dated February 1, 2023 (D.E. 226), which directed the parties to submit, by February 15, 2023, any proposed redactions to the Order concerning AT&T Corporation's Daubert Motion (D.E. 224, "Order") and Report & Recommendation concerning Peerless' Motion for Summary Judgment to Enforce Settlement Agreement executed by the parties on July 31, 2018 (D.E. 225, "Report & Recommendation"). We have consulted with counsel for Peerless Networks, Inc., and, with counsel's consent, we respectfully write to jointly request redactions of certain items from the Order and Report & Recommendation pursuant to, and consistent with, prior Orders entered in this case respecting the confidentiality of materials. (D.E. 28 ¶ 7; D.E. 125 at 2 n.1; D.E. 130; D.E. 212; D.E. 219; D.E. 230.)

In particular, enclosed herewith are copies of the Order and Report & Recommendation with proposed redactions of certain words on most pages of the Order and Report & Recommendation. The intent of each proposed redaction is to conceal from the public record certain confidential provisions of the confidential settlement agreement at issue in these post-judgment proceedings as well as confidential aspects of the parties' respective businesses, including sensitive pricing terms and AT&T's business dealings with other third-party providers. As previously reported to the Court, these confidential settlement provisions and business terms reflect and embody highly-sensitive business data, the disclosure of which to third-party competitors could be detrimental to the parties' business. (*See, e.g.,* D.E. 196 at 2.) By contrast,



Magistrate Judge Valerie Figueredo
February 15, 2023
Page 2

the public can still gain a robust understanding of the legal issues discussed in the Order and Report & Recommendation based on the un-redacted terms.

    For the foregoing reasons, the parties respectfully request that the Court make available to the public a copy of the enclosed, redacted the Order and Report & Recommendation or, alternatively, a similar copy of the the Order and Report & Recommendation reflecting the same proposed redactions.

    We thank the Court for its consideration of this matter and are available to address any questions the Court might have.

    Respectfully submitted,

    */s/ Brian A. McAleenan*

    Brian A. McAleenan

cc:    Counsel of Record (via ECF)
Encl.