```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEERLESS NETWORK, INC., et al.,

                Plaintiffs,

- against -

AT&T Corp.,

                Defendant.

15 Civ. 870 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Plaintiffs' motion to seal the Objections to Magistrate Judge Figueredo's January 31, 2023 Report and Recommendation (Dkt. No. 227) is GRANTED. The Court respectfully directs the Clerk of the Court to maintain the Selected Parties viewing level for Docket Nos. 229 and 236, accessible only to the Plaintiffs, Defendant, and Court in this action. The parties are directed, to the extent applicable, to file public, redacted versions of the briefs filed at Docket Nos. 229 and 236.

**SO ORDERED.**

Dated:    3 April 2023
           New York, New York

                                          _____
                                              Victor Marrero
                                                 U.S.D.J.