USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/15/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

PEERLESS NETWORK, INC., et al.,

Plaintiffs,

**ORDER**

AT&T CORP.,

15-CV-870 (VM) (VF)

Defendant.

----------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

In connection with AT&T's motion for attorneys' fees (see ECF No. 243), AT&T is

directed to provide the Court with unredacted copies of the attorney billing records annexed to

the Reply Affirmation of Brian McAleenan at ECF No. 258-1. AT&T may submit those records

to the Court for in camera review and should do so by **Tuesday, November 21, 2023**.

**SO ORDERED.**

Date:  November 15, 2023
        New York, New York

Respectfully submitted,

_____
VALERIE FIGUEREDO
United States Magistrate Judge